Prob 12
(D/VT Rev. 10/22)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
For The
**DISTRICT OF VERMONT**

2024 MAR 13 PM 5: 01

CLERK

U.S.A. vs. Eric Goldstein-Purdue

Docket No. 2:18CR05-1; 2:17CR28-1

BY_____

DEPUTY CLERK

## Petition on Probation and Supervised Release

COMES NOW MELINDA PEREZ, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Eric Goldstein-Purdue, who was placed on supervision by the Honorable William K. Sessions III sitting in the Court at Burlington, on the 29 day of October, 2018, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must comply with the standard conditions of supervision recommended by the Sentencing Commission, as set forth in Part G of the presentence report. With the exception of condition (1) as listed in subsection 103, page 20, of the presentence report and amended in paragraph 12 in the Standard Conditions of Supervised Release (page 4) of this Judgment. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probate officers to keep informed, report to the court about, and bring improvements in your conduct and condition.

You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

Goldstein-Purdue, Eric                    Page 2                    2:18CR00005-1

1. **Mandatory Condition (1): You must not commit another federal, state or local crime.**

   *On or about March 12, 2024, the defendant committed the following criminal offenses: Count 1: Domestic Violence-Simple Assault, in violation of NH R.S.A. §631:2-bl(a) (misdemeanor); and Count 2: Resisting Arrest, in violation of NH R.S.A. § 642:2 (misdemeanor). This violation is evidenced by the incident report provided by the Manchester, New Hampshire Police Department.*

2. **Standard Condition (3): You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.**

   *On or about March 12, 2024, the defendant left the District of Vermont without prior approval from the probation officer as evidenced by the incident report provided by the Manchester, New Hampshire Police Department.*

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Eric Goldstein-Purdue before the Court to show cause why his term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 13th day of March, 2024, and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

*William K. Sessions III*
_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Melinda Perez
U.S. Probation Officer

Executed on March 13, 2024

Place: Burlington

RCVD U.S. MARSHALS VT
MAR 13 2024 PM04:57

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Vermont ☑

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:17CR28-1; 2:18CR05-1 |
| | ) |
| | ) |
| | ) |
| Eric Goldstein-Purdue | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Eric Goldstein-Purdue                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☑ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Commission of new crimes
Leaving the District without permission

Date:       03/13/2024

City and state:       Burlington, Vermont

*William K. Sessions III*
Issuing officer's signature

Hon, William K. Sessions III, U.S.D.C, Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)*  _____  . |
| Date: _____              _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |